IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF VISALIA,<br><br>        Plaintiff,<br><br>   v.<br><br>CHARTIS INC., CHARTIS AEROSPACE INSURANCE SERVICES, INC.; CHARTIS CLAIMS, INC.; CHARTIS GLOBAL CLAIMS SERVICES, INC.; CHARTIS GLOBAL SERVICES, INC.; CHARTIS INSURANCE AGENCY, INC.; CHARTIS CASUALTY COMPANY; CHARTIS PROPERTY CASUALTY COMPANY; CHARTIS WARRANTY GUARD, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA; AMERICAN HOME ASSURANCE COMPANY; NEW HAMPSHIRE INSURANCE COMPANY; AIU INSURANCE COMPANY; COMMERCE AND INDUSTRY INSURANCE COMPANY; ILLINOIS NATIONAL COMPANY; AMERICAN INTERNATIONAL SOUTH INSURANCE COMPANY; AMERICAN INTERNATIONAL PACIFIC INSURANCE COMPANY; GRANITE STATE INSURANCE COMPANY; LANDMARK INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF LOUISIANA; and DOES 1-50 inclusive.,<br><br>        Defendants. | 1:12-CV-01181 AWI SMS<br><br>ORDER VACATING AUGUST 27, 2012 HEARING DATE AND TAKING DEFENDANTS' MOTION TO STAY OR DISMISS UNDER SUBMISSION<br><br>(Doc. 6) |

1   Currently pending before this Court is Defendants' Motion to Stay or Dismiss Plaintiff's
2   Complaint.  See Court's Docket, Doc. No. 6.  Plaintiff has filed an opposition, and Defendants
3   have filed a reply.  See id., Doc. Nos. 7, 8.  This motion is set for hearing on August 27, 2012, at
4   1:30 p.m. in Courtroom 2.  The Court has reviewed the moving papers and has determined that
5   this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT
6   IS HEREBY ORDERED that the previously set hearing date of August 27, 2012, is VACATED,
7   and the parties shall not appear at that time.  As of August 27, 2012, the Court will take the
8   matter under submission and will thereafter issue its decision.
9   IT IS SO ORDERED.

Dated:    August 22, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2