1   Leonard C. Herr, #081896                    **EXEMPT FROM FILING FEES**
    Ron Statler, #234177                             **[GOV. CODE §6103]**
2   DOOLEY, HERR, PELTZER & RICHARDSON
    Attorneys at Law, LLP
3   100 Willow Plaza, Suite 300
    Visalia, California  93291
4   Telephone:  (559) 636-0200

5

    Attorneys for Plaintiff, CITY OF VISALIA
6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11   CITY OF VISALIA,                          Case No.:  1:12-CV-01181-AWI-SMS

12                      Plaintiff,             **STIPULATION AND REQUEST FOR**
         v.                                    **ENTRY OF ORDER CONTINUING**
13                                             **FILING OF JOINT SCHEDULING**
                                               **REPORT AND ORDER**
14   CHARTIS, INC; CHARTIS AEROSPACE
     INSURANCE SERVICES, INC.;                 Hrg. Date:    1/8/13
15   CHARTIS CLAIMS, INC.; CHARTIS             Time:         10:00 a.m.
     GLOBAL CLAIMS SERVICES, INC.;             Courtroom:    1
16   CHARTIS GLOBAL SERVICES, INC.;            Judge:
     CHARTIS INSURANCE AGENCY, INC.;
17   CHARTIS CASUALTY COMPANY;
     CHARTIS PROPERTY CASUALTY                 Complaint Filed: May 31, 2012
18   COMPANY; CHARTIS
     WARRANTYGUARD, INC.; NATIONAL
19   UNION FIRE INSURANCE COMPANY
     OF PITTSBURG, PA; THE INSURANCE
20   COMPANY OF THE STATE OF
     PENNSYLVANIA; AMERICAN HOME
21   ASSURANCE COMPANY; NEW
     HAMPSHIRE INSURANCE COMPANY;
22   AIU INSURANCE COMPANY;
     COMMERCE AND INDUSTRY
23   INSURANCE COMPANY; ILLINOIS
     NATIONAL INSURANCE COMPANY;
24   AMERICAN INTERNATIONAL SOUTH
     INSURANCE COMPANY; AMERICAN
25   INTERNATIONAL PACIFIC
     INSURANCE COMPANY; GRANITE
26   STATE INSURANCE COMPANY;
     LANDMARK INSURANCE COMPANY;
27   NATIONAL UNION FIRE INSURANCE
     COMPANY OF LOUISIANA; and DOES
28   1-50, inclusive.

                      Defendants.

Law Offices of
DOOLEY, HERR,
PELTZER &
RICHARDSON                                    -1-
Attorneys at Law, LLP
100 Willow Plaza
Suite 300          **STIPULATION AND REQUEST FOR ENTRY OF ORDER CONTINUING FILING OF JOINT**
Visalia, CA  93291            **SCHEDULING REPORT AND [PROPOSED] ORDER**
(559) 636-0200

1    The parties, having met and conferred regarding the status of this case,

2  hereby enter into the following stipulated request for an order continuing the date

3  to file a joint scheduling report.

4                               **RECITALS**

5    Whereas this Court has ordered the parties to file a joint scheduling report 7

6  days prior to the mandatory scheduling conference set for January 8, 2013; and,

7    Whereas the Defendants filed a motion to dismiss the complaint or stay the

8  case for arbitration; and,

9    Whereas the Court has taken the matter under submission and has not yet

10  ruled; and,

11    Whereas the complaint is not yet at issue; then,

12                             **STIPULATION**

13    The parties jointly apply by stipulation to this court for an order continuing

14  the mandatory scheduling conference to February 19, 2013 at 9:30 a.m. or such

15  other time as is convenient for the Court, with the joint scheduling report to be

16  filed 7 calendar days before the conference.  If it is convenient for the Court, a

17  Order to that effect is offered below.

18  DATED:  December 28, 2012      DOOLEY, HERR, PELTZER & RICHARDSON, LLP

19

20                                By:  __/s/ Leonard C. Herr_____
                                       LEONARD C. HERR
21                                     Attorney for Plaintiff
                                       CITY OF VISALIA,

22  DATED:  December 28, 2012      By:  __/s/ James C. Castle_____
23                                     James C. Castle
                                       Attorney for  Defendant,
24                                     CHARTIS, INC.

25  ///

26  ///

27  ///

28  ///

Law Offices of
DOOLEY, HERR,
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-2-

**STIPULATION AND REQUEST FOR ENTRY OF ORDER CONTINUING FILING OF JOINT
SCHEDULING REPORT AND [PROPOSED] ORDER**

1

**ORDER**

2       The mandatory scheduling conference in this case is continued to the

3   following date and time:

4       February 19, 2013 at 9:30 a.m., Department 1, United States District Court,
        Eastern District of California, Fresno Division.

5

6       The parties shall file a joint scheduling report 7 calendar days before the

7   joint scheduling conference.

8   Dated: 1/4/2013                    /s/ SANDRA M. SNYDER
                                       UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Law Offices of
DOOLEY, HERR,
PELTZER &
RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

**STIPULATION AND REQUEST FOR ENTRY OF ORDER CONTINUING FILING OF JOINT
SCHEDULING REPORT AND [PROPOSED] ORDER**