FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF VISALIA,<br><br>          Plaintiff - Appellant,<br><br>  v.<br><br>CHARTIS, INC.; et al.,<br><br>          Defendants - Appellees. | No. 13-15215<br><br>D.C. No. 1:12-cv-01181-AWI-SMS<br>Eastern District of California, Fresno<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Stephen Liacouras
Circuit Mediator

SL/Mediation